FILED

IN THE UNITED STATES DISTRICT COURT     MAY 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

)
)
)
_____  )     Docket No. _____
SETH H HARRIS Sr.                  )            (To be supplied by the Clerk)
_____  )
# 38880-083                        )
_____  )
USP Leavenworth Plaintiff/Petitioner(s),  )
POB 1000                           )     CASE NUMBER   1:06CV00998
Leavenworth, Kansas 66048          )
_____vs-_____    )     JUDGE: Paul L. Friedman
WARDen, JONAthAN C.                )
_____  )     DECK TYPE: Pro se General Civil
MiNER, AND                         )
_____  )     DATE STAMP: 05/30/2006
FCI FAiRTon, POB 420               )
_____  )  ☒  CIVIL COMPLAINT
FAiRTon NJ 08320                   )     pursuant to the Federal Tort Claims
_____  )     Act, 28 U.S.C. §1346, 2671-2680
       Defendant/Respondent(s).    )

I.     JURISDICTION

   A.   Plaintiff's mailing address and/or register number and present place of confinement.

        #38880-083 U.S.Penitentiary Leavenworth
        P.O Box 1000 LeAvenworth, KaNSAS 66048

   B.   Defendant JONAthAN C. MiNER _____ is employed as
                     (Name of First Defendant)
        WARDeN
        _____
                     (Position/Title)
        with FCI FAiRTon, PO Box 420, FAiRTon NJ 08320
        _____
                  (Employer's Name and Address)

        At the time the claim(s) alleged in this complaint arose, was the defendant employed by the
        state, local or federal government?

                                      Yes ☒        No ( )

        If your answer is "yes", briefly explain:
        He is the WARDen of FCI FAiRTon, AND
        is in Charged of StAff who RuNS R+D, INTAke

1

C.    Defendant ___R+D Staff intake officers___ is employed as
                        (Name of Second Defendant)
___Intake officers + Staff + Conslors___
                        (Position/Title)
with ___FCI Fairton, POB 420, Fairton NJ 08320___
                        (Employer's Name and Address)

_____

At the time the claim(s) alleged in this complaint arose, was the defendant employed by the state, local or federal government?

                    Yes (X)          No ( )

If your answer is "yes", briefly explain:

___Personal workers Staff who oversea + run R+D intake Department. Conslors who were on Duty At time of incendent___

D.    Using the outline of the form provided, include the above information for any additional defendant(s).
___Unit Manger Mr kellee man, Lt S.nolan, Counselor Ms Nunn.___

___Lt. Nolan And Ms Nunn, I spoke with during my intake process And I informed them about my Clothing And I hAd No Receipt for them And they were to be shipped, home And No One took my home information they SAid Speak to your unit manger Mr hellee man tomorrow when he comes to the Shtf.___

II.    PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in state or federal court relating to your imprisonment?

                    Yes ( )          No (X) .

B.    If your answer to "A" is "yes", describe the lawsuit(s) in the space below.  (If there is more than one (1) lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.)  Failure to comply with this provision may result in summary denial of your complaint.

_____
_____
_____
_____
_____

Rev. 2/97                          - 2 -

    1.     Parties to previous lawsuits:
              Plaintiff(s) _____

_____

              Defendant(s) _____

_____

    2.     Court (if Federal Court, name the District; if State Court, name the County)

_____

    3.     Docket number _____

    4.     Name of Judge to whom case was assigned _____

    5.     Type of case (for example: Was it a Habeas Corpus or Civil Rights action?)

_____

    6.     Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

    7.     Approximate date of filing lawsuit _____

    8.     Approximate date of disposition _____

## III.   GRIEVANCE PROCEDURE

A.   Is there a prisoner grievance procedure in the institution? _____ yes _____

B.   Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes (X) No ( )

C.   If your answer is "yes",
    1.    What steps did you take? I Notified my Counselor And Unit Manager And R+D Staff Head, And A.W. Henry

    2.    What was the result? they made me wait until they Checked my Story out, And Gave no Receipt or Clothing, I was told by AW Henry to file tort claim.

D.   If your answer is "no", explain why not. _____

_____

_____

_____

E.    If there is no prisoner grievance procedure in the institution, did you complaint to prison authorities?  Yes ( )    No ( )

F.    If your answer is "yes",
1.    What steps did you take? _____
_____
_____

2.    What was the result? _____
_____
_____

G.    If your answer is "no", explain why not. _____
_____
_____
_____

H.    Attach copies of your request for an administrative remedy and the response(s) you received. If you cannot do so, explain why not:
_____
_____
_____

## IV.    STATEMENT OF CLAIM

State here, as briefly as possible, the FACTS of your case. State who, what, when, where and how you feel your constitutional rights were violated. Do not cite cases or statutes. If you choose to submit legal arguments or citations, you must do so in a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits.

Only two (2) extra pages (8½ x 11") are permitted, if necessary, to complete your statement of claim. Additionally, attach any relevant, supporting documentation.

I Arrived at FCI Fairton, NJ 08320, on March 21, 2005, At About 8PM, I Entered into R+D where I was told to take off All my clothing for a Search, After I was Searched I was Asked Did I want to Donate or Send my clothing home, I Said to Ship them home I was told to put All my clothing into A box So it would be Shipped I Asked for A Receipt but was Given None, I was then Seen by Ms Nunn A Counselor who I told Also who, Me A phone call before I was taken to the Shu by LT. Nolan And other officers. As we were walking to the Shu I told the Lt Nolan I had No property Receipt for my clothing And Did Not Give them the Address to

My House in Virginia. While in the Sho I wrote my wife and told her that my clothing is being shipped, but it never reached their. I write several letters about this to my wife who wrote back with the same answer they never reached home. In this same time frame 21 days in the Sho I was seen by my Unit Manger Mr Kellerman who I also told about my clothing and I had no property receipt for, He said wait until you get out the Sho and Go to R+D to find out what happened. I got out the Sho and went to Main line at lunch and talked to R+D Staff Head, She took my name and ID #, and said she check into it, Days later I went to Main line again and Spoke to R+D Head and she asked me who took my property from me that night in intake I told her it was a man in a red hat, She said she could not find any Record of my property and the man was on vacation check back in two weeks. I waited two weeks and went to Main Line again and Spoke to R+D Head and she told me he can't remember what happened to my box of clothing but he will continue looking check back in a week. A week later I went to A+O and I spoke to her again and She knew nothing or had no receipt of my clothing and said again check back. So I talked to the AW Mr Henry who said see him the Next Day at Main Line, So I did and me him and the lady from R+D talked and the Aw Mr Henry said they can't be found, So file a tort claim, because they might have been Donated by Neglect So I filed my Claim in June, 2005.

In Nov 2005 I was transfered to ~~Oklahoma~~ Oklahoma City on the 14th where I Stayed until Dec 1 2005 At which time I Arrived a USP Leavenworth. A Message was taken a USP Leavenworth for me upon my Arrival I was to be given a fax Memorandum about my tort claim and that the Regiona Counsel Denied my Claim, I did not receive this fax letter until Feb 4, 2006, 3 months later, I did have my family contact Mr Henry J. Sadowski, At his office who told my wife to have me mail him a letter So I did in January 2006, and I received a fax Memorandum telling me why my ~~Claim~~ Claim was Denied because of a fake property receipt which I have no copy of, and that the documents I have was not prepared ~~by~~ at FCI Fairton NJ or any other Federal Institution.

I came from a Regional Jail Northen Neck in Virginia Stright to FCI Fairton NJ on March 21, 2005. At 8pm. with my clothing & my Eye Glass which I still have with me.

## V.    REQUEST FOR RELIEF

State exactly what you want the Court to do for you. If you are a state or federal prisoner, and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records or parole release), you must file your claim on a Habeas Corpus form, pursuant to 28 U.S.C. §2254, 28 U.S.C. §2255, or 28 U.S.C. §2241.

I want to be paid in full for the value of my property, and paid for hardships pain + suffering in the amount of $150,000.00, for Grand Larceny + Fraud + Conspiracy to Commit All Crims. Disciplinary chargers brought Against All those involved in this matter, so it cant happen again. And a Federal investagation into intakes policys on R+D procedures at FCI Fairton NJ. PoB 420 Fairton 08320.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I, the undersigned, certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11(a) and (b) may result in sanctions, monetary or non-monetary, pursuant to Federal Rule of Civil Procedure 11(c).

The plaintiff hereby requests the court issue all appropriate service and/or notices to the defendant(s).

Signed this __7__ day of __April__, __2006__.

_____
Signature of Plaintiff

#38880-083

_____
Signature of attorney, if any

Rev. 2/97

MAY 94

U.S. DEPARTMENT OF JUSTICE                                FEDERAL BUREAU OF PRISONS

FCI Fairton, NJ.

Institution

Date/Time: 3-21-05/9:15PM

TO     : Special Housing Unit Officer                                    B Unit

FROM   : S. Nolan, Lieutenant          , (Name/Title)

SUBJECT : Placement of Harris, S.      , Reg. No. 38880-083, in Administrative Detention

_____(a)  Is pending a hearing for a violation of Bureau regulations;

_____(b)  Is pending investigation of a violation of Bureau regulations;

_____ (c)  Is pending investigation or trial for a criminal act;

_____ (d)  Is to be admitted to Administrative Detention;  Pending Classification

            _____ (1) Since the inmate has requested admission for protection;

    I hereby request placement in Administrative Detention for my own protection.

    Inmate Signature/Register No.: _____
    Staff Witness Printed Name Signature: _____

_____ (2)    Since a serious threat exists to individual's safety as perceived by staff, although person has not
                requested admission; referral of the necessary information will be forwarded to the UDC/DHO for appropriate
                hearing.

_____ (e)  Is pending transfer or is in holdover status during transfer.

__XXX__ (f)  Is pending classification; bed space
_____ (g)  Is terminating confinement in Disciplinary Segregation and has been ordered into Administrative Detention by
            the Warden's designee.

It is this officer's decision based on all the circumstances that the above named inmate's continued presence in the general

population poses a serious threat to life, property, self, staff, other inmates, or to the security or orderly running of the institution because*

You are being placed in Administrative Detention Pending Classification/Bed Space.

Therefore, the above named inmate is to be placed in Administrative Detention until further notice.  The inmate received a

copy of this Order on (date / time) ____3-21-05/ 9:30PM_____

Staff Witness Signature/Printed Name _Dempsey, D._____ Date_ 3-21-05_____

*In the case of DHO action, reference to that order is sufficient.  In other cases, the officer will make an independent review and decision, which is documented here.

Record Copy - Inmate Concerned (not necessary if placement is a result of holdover status); Copy - Captain; Copy - Unit
Manager; Copy - Operation Supervisor - Administrative Detention Unit; Copy - Central File
(This form may be replicated via WP)                         Replaces BP-308(52) of JAN 88

06 0998

FILED

MAY 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BP-S148.055   INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Business Office | DATE: 5/16/05 |
|---|---|
| FROM: MR SETH H HARRIS SR | REGISTER NO.: 38880-083 |
| WORK ASSIGNMENT: | UNIT: B Right |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

To Receive A Tork Claim For My
Clothing I Had in property, which was
Donated by mistake.

(Do not write below this line)

DISPOSITION:

Please see the attached tort claim.

thank-you.

| Signature Staff Member  P. Bastian, Bus. Office | Date 5/18/05 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

PROPERTY RECEIPT

INMATE PROPE  I RECEIVED

Receipt No: 76159

Inmate Name: SETH HARLAN HARRIS
  Inmate No: 16191                    Cell Assignment: BK-H2
  Employee: 64, J. PACKETT                        Date: 10/14/2004

ITEMS RECEIVED:

| Qty | Item Name | Description | Facility | Location | Box ID |
|-----|-----------|-------------|----------|----------|--------|
| 1 | SHIRT | BLUE MULTICOLORED | JAIL | GS | |
| 1 | JEANS | BLUE | JAIL | GS | |
| 1 | SOCKS | WHITE | JAIL | OP | |
| 1 | SHOES | BLK SANDALS | JAIL | OP | |
| 1 | GLASSES | YELLOW FRAME | JAIL | OP | |
| 1 | BOXERS | WHITE | JAIL | OP | |
| 1 | BRIEFS | BURGUNDY | JAIL | OP | |

1 Ring          yellow JNP  GS

MONEY RECEIVED:

| Transaction | Check No. | Amount |
|-------------|-----------|--------|
| CASH | | 35.51 |

    Property Received From: Inmate

Inmate Signature: _____ Date: __10/14/04__

Classification Officer Signature: __Packett__ Date: __10/14/04__

Change Over Officer Signature: _____ Date: _____

NORTHERN NECK REGIONAL JR          Sale 01/13/2006
Room       23481                       Print 01/13/2006
Inmate     000040030043              Station/Block/Cell/Ds
HARRIS SETH HARLAN,                              D

| Item | #Description | Qty | Price | Total |
|---|---|---|---|---|
| 115 | ORANGE BREAKFAST DRINK | 1 | 1.50 | 3.00 |
| 134 | SF BLACK CHERRY 99-45? | 1 | 1.50 | 1.50 |
| 212 | BBQ CHIPS - 1 OZ. | 5 | 0.55 | 2.75 |
| 217 | CORN CHIPS - 1 OZ. | 5 | 0.55 | 2.75 |
| 210 | PRETZELS | 10 | 0.55 | 5.50 |
| 241 | SOUP - BEEF | 5 | 0.50 | 2.50 |
| 305 | PEPPERMINTS (CUP) | 5 | 0.90 | 4.50 |
| 316 | M&M PEANUT | 5 | 0.70 | 3.50 |
| 3551 | DUPLEX CREME COOKIES | 5 | 0.70 | 3.50 |
| 506 | TOOTHPASTE 1.5 OZ | 2 | 1.05 | 2.10 |
| 534 | SOAP IRISH SPRING 3.2 O | 2 | 1.00 | 2.00 |
| 5574 | STYLING GEL EXTRA HOLD | 2 | 1.00 | 2.00 |
| 504 | EFFERDENT TABLES | 1 | 2.25 | 2.25 |
| 615 | T-SHIRT - 2XL | 1 | 3.75 | 3.75 |
| 724 | CARD/STAMP-GENERAL | 1 | 1.95 | 1.95 |

Bag Balance:      56.?
Order Total:      44.?

Signature:
Page 17 of 16

End Balance:      12.?

---

NORTHERN NECK REGIONAL JR          Sale 01/06/2006
Room       23226                       Print 01/06/2006
Inmate     000040030043              Station/Block/Cell
HARRIS SETH HARLAN,                              D

| Item | #Description | Qty | Price | Total |
|---|---|---|---|---|
| 115 | ORANGE BREAKFAST DRINK | 2 | 1.50 | 3.00 |
| 134 | SF BLACK CHERRY 99 5? | 1 | 1.50 | 1.50 |
| 210 | PLAIN CHIPS - 1 OZ. | 5 | 0.55 | 2.75 |
| 217 | CORN CHIPS - 1 OZ. | 10 | 0.55 | 5.50 |
| 219 | PRETZELS | 5 | 0.55 | 2.75 |
| 219 | NACHO CHIPS | 5 | 0.55 | 2.75 |
| 240 | SOUP - CHICKEN | 5 | 0.50 | 2.50 |
| 241 | SOUP - ORIENTAL | 5 | 0.50 | 2.50 |
| 262 | HOT SAUSAGE | 5 | 0.70 | 3.?0 |

REGIONAL JA
Print 10/21/2004
.03043
HARLAN,
ption         QTY  Price  Total
4 OZ.                    4.00   4.00
BREAKFAST DRINK     2   4.50   3.00
B SUBSTITUTE (5)        0.20   1.00
PS - 1 OZ.              0.55   2.75
S                       0.55   2.75
HIPS                    0.55   2.75
NIPS               5    0.55   2.75
CHICKEN            10   0.50   5.00
BEEF               10   0.50   5.00
ORIENTAL           5    0.50   2.50
ICK                     0.70   1.40
STE - 1.5 OZ.           1.05   2.10
EEDSTICK           1    2.70   2.70
ORY                     0.80   1.60
ISH SPRING 3.       2   1.00   2.00
F SHAMPOO          1    1.70   1.70
DY LOTION - 8 OZ   1    1.29   1.29
NT TABLETS         8    0.25   2.00
                   1    3.40   3.40

Continued on Next Page

---

Rnum      23226                        Print 01/06/2005
Inmate    000040303043                        /B1   /C   Bed
HARRIS SETH HARLAN,                                   219
Item #Description        QTY   Price   Total
115   ORANGE BREAKFAST DR       2   1.50   3.00
134   SF BLACK CHERRY S         1   1.50   1.50
210   PLAIN CHIPS - 1 OZ.       5   0.55   2.75
217   CORN CHIPS - 1 OZ.        5   0.55   2.75
218   PRETZELS                 10   0.55   5.50
219   NACHO CHIPS               5   0.55   2.75
240   SOUP - CHICKEN            5   0.50   2.50
244   SOUP - ORIENTAL           5   0.50   2.50
262   HOT SAUSAGE               5   0.70   3.50
305   PEPPERMINTS (BAG)         3   0.90   2.70
3551  DUPLEX CREME COOKIE       3   0.70   2.10
360   PEANUT BUTTER WAFER       5   0.60   3.00
741   THERMAL TOP   X1              7.50   7.50
                      X  1         7.50   7.50
                          B   Balance:   106.36
                          O   Total:      49.55

Signature                     E   Balance:   56.81
Page 13 of 24

---

NORTHERN NECK REGIONAL JA
Sale 02/03/2005
Print 02/03/2005
ction/Block/Cell/Bed    M 218
Rnum  24291
Inmate  000040303043
HARRIS SETH HARLAN,
Item #Description        QTY  Price  Total
102  COFFEE 4 OZ            2   4.00   8.00
123  SS SUGAR SUBSTITUTE (5) 10  0.20  2.00
210  PLAIN CHIPS - 1 OZ.    5   0.55   2.75
219  NACHO CHIPS            5   0.55   2.75
224  CHEESE NIPS            10  0.55   5.50
240  SOUP - CHICKEN         5   0.50   2.50
260  BEEF STICK             5   0.70   3.50
305  PEPPERMINTS (BAG)      5   0.90   4.50
316  M&M PEANUT             2   0.70   1.40
320  BABY RUTH              2   0.70   1.40
3551 DUPLEX CREME COOKIES   4   0.70   2.80
711                         1   2.00   2.00
7131 PEN FLEX               1   0.75   0.75
726  CARD/STAMP - SENSORIAL 2   1.85   3.70
                    Beg Balance:   101.62
                    Order Total:    47.30
                    End Balance:    54.32

Signature
Page 88 of 126



CITY JAIL

RICHMOND, VA

NAL PROPERTY ACCOUNT    Date ___9-30___ 20 __06__

SETH HARRIS    No. ___72556___

| NEW | M | F | MALE | FEMALE |
|------|---|---|------|--------|

| ARTICLE | OTHER THAN CASH | CASH |
|---------|-----------------|------|
| at | | |
| 1 PR BLUE JEANS | | |
| er | | |
| 1 BLUE PRINT | | |
| shirt | | |
| d | | |
| r Items | | |
| BLACK BELT | | |
| PR. BLACK SHOES | | |

ed By _____

By _____    Deputy

By _____

NORTHERN NECK REGIONAL JA    Sale 11/18/2004
Rnum    21253                 Print 11/18/2004
Inmate  0000-03043
HARRIS SETH HARLAN,
Item #Description                 Qty Price Total
602    SOCKS - TUBE ✱            2/1.50 3.00

Continued on Next Page

NORTHERN NECK RE  Continued from Prior Page
Rnum    21253                 Sale  11/18/2004
Inmate  0000-03043            Print 11/18/2004
HARRIS SETH HARLAN,
                              Beg Balance:  105.27
                              Order Total:   49.39
                              End Balance:   55.88
Signature                     Page 144 of 279

N NECK REGIONAL JA    Sale 11/04/2004
                      Print 11/05/2004
0000-03043
SETH HARLAN,
escription                    Qty Price Total
NNIS, SHOES LEATHER ✱  1/5.0035.00
                      Beg Balance:
                      Order Total:
                      End Balance:
                      Page 6 of



UNITED STATES GOVERNMENT

# Memorandum

Northeast Regional Office, Philadelphia, PA
**FEDERAL BUREAU OF PRISONS**

**DATE:** November 21, 2005

**REPLY TO**
**ATTN OF:** Henry J. Sadowski, Regional Counsel

**SUBJECT:** Seth H. Harris, Reg. No. 38880-083
Administrative Tort Claim No. TRT-NER-2005-03577

**TO:** E. J. Gallegos, Warden
USP Leavenworth

Attached is a memorandum informing the above-named inmate of my
decision regarding his administrative tort claim filed with this
office.  Also attached is an "Acknowledgment of Receipt" form to
be signed by the inmate and witnessed by staff.

Please have a member of your staff deliver the decision
memorandum to the inmate and have the inmate sign the
"Acknowledgment of Receipt".  The decision memorandum is for the
inmate to keep.  The signed acknowledgment should be returned to
this office.

If the inmate is no longer in your custody, please return all
correspondence to this office.

Your assistance in this matter is appreciated.

Attachments:    Memorandum
                Acknowledgment of Receipt

UNITED STATES GOVERNMENT

# Memorandum

Northeast Regional Office, Philadelphia, PA
FEDERAL BUREAU OF PRISONS

**DATE:** November 21, 2005

**REPLY TO**
**ATTN OF:** Henry J. Sadowski, Regional Counsel

**SUBJECT:** Administrative Tort Claim No. TRT-NER-2005-03577

**TO:** Seth H. Harris, Reg. No. 38880-083
USP Leavenworth

Your Administrative Tort Claim No. TRT-NER-2005-03577, properly
received by this agency on June 21, 2005, has been considered for
settlement as provided by the Federal Tort Claims Act (FTCA),
28 U.S.C. § 2672, under authority delegated to me by
28 C.F.R. § 543.30. You seek compensatory damages in the amount
of $176.80 for an alleged personal property loss. Specifically,
you claim, staff at the Federal Correctional Institution (FCI),
Fairton, New Jersey, on March 21, 2005, took your personal items
from you. You contend you intended for these clothing items to
be mailed home, however, you claim they were donated, instead.

After careful review of this claim, I have decided not to offer a
settlement. Investigation reveals you arrived at FCI Fairton on
March 21, 2005. The Inmate Personal Property Record complated at
the time of your intake indicates you possessed no personal
property at that time. Although you provide receipts for
clothing items, they are not documents prepared at FCI Fairton or
by any federal institution. You signed the inventory form
completed by staff at FCI Fairton on March 21, 2005, which
specifically states you possessed no property. You fail to show
that negligence on the part of any Bureau of Prisons' employee
resulted in your alleged loss.

Accordingly, your claim is denied. If you are dissatisfied with
this decision, you may bring an action against the United States
in an appropriate United States District Court within six (6)
months of the date of this memorandum.

cc: Jonathan C. Miner, Warden, FCI Fairton
    E. J. Gallegos, Warden, USP Leavenworth

<u>ACKNOWLEDGMENT OF RECEIPT</u>

<u>DENIAL OF TORT CLAIM</u>

I, Seth H. Harris, Reg. No. 38880-083, hereby acknowledge
receipt this _____ day of _____, 2005, of the
November 21, 2005, memorandum from Henry J. Sadowski,
Regional Counsel, Northeast Region, Federal Bureau of
Prisons, informing me of the denial of my administrative
tort claim (TRT-NER-2005-03577).

_____
Signature

Witnessed this _____ day of_____, 2005.

_____
Staff Witness