UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SETH HARRIS, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0998 (PLF) |
| ) | |
| JONATHAN C. MINER, *et. al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME TO
ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendants, through counsel, respectfully move this Court to enlarge the time within which it may answer or otherwise respond to plaintiff's complaint from August 21, 2006 to August 28, 2006.

In support of this motion, defendants state the following: due to extensive depositions in the case of Hairston v. National Gallery of Art, Case No. 04-0205, which are scheduled from August 15, 2006 to August 23, 2006, the undersigned counsel will be unavailable to provide its answer or otherwise respond to plaintiff's complaint. Accordingly, defendant respectfully requests that this Court enlarge the time for defendant to answer or otherwise respond to the complaint until August 28, 2006. Defendant has neither sought nor received any prior extensions in this matter.

Counsel for Defendants was unable to contact Plaintiff, who is currently incarcerated, regarding this extension pursuant to LCvR 7(m). Accordingly, Defendants cannot represent Plaintiff's position on this motion.

August 21, 2006                              Respectfully submitted,


_____/s/_____
KENNETH L. WAINSTEIN., D.C. Bar #451058
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney


_____/s/_____
ERIC J. JANSON
Special Assistant United States
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-9150

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SETH HARRIS, SR.** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 06-0998 (PLF) |
| | ) |
| **JONATHAN C. MINER,** *et. al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**ORDER**

This case having come before this Court on Defendants' Motion for an Enlargement of Time, it is hereby **ORDERED** that Defendants' Motion is **GRANTED** and its answer or other appropriate response is due on August 28, 2006.

**SO ORDERED** this _____ day of _____, 2006.

_____
Paul L. Friedman
United States District Court Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 21st day of August 2006, the foregoing Motion for an Enlargement of Time was sent by U.S. Mail, postage prepaid, to the following:

    Seth Harris, Sr.
    # 38880-083
    USP-Leavenworth
    P.O.B. 1000
    Leavenworth, KS, 66048

    Eric J. Janson
    Special Assistant United States Attorney