```
BOPOI              *       PUBLIC INFORMATION          *    07-10-2006
PAGE 001           *           INMATE DATA             *    12:53:03
                            AS OF 07-10-2006

REGNO..: 38880-083  NAME: HARRIS, SETH H

                    RESP OF: LVN / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 913-682-8700      FAX: 913-578-1010
                                               RACE/SEX...: BLACK / MALE
FBI NUMBER.: 39038FA9                          DOB/AGE....: 10-14-1963 / 42
PROJ REL MT: GOOD CONDUCT TIME RELEASE         PAR ELIG DT: N/A
PROJ REL DT: 05-11-2007                        PAR HEAR DT:
-------------------------- ADMIT/RELEASE HISTORY --------------------------
     FCL   ASSIGNMENT  DESCRIPTION                 START DATE/TIME STOP   DATE/TIME
     LVN   A-DES       DESIGNATED, AT ASSIGNED FACIL  06-20-2006 1648 CURRENT
     LVN   LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN  06-20-2006 1243 06-20-2006 1648
     LVN   A-DES       DESIGNATED, AT ASSIGNED FACIL  11-30-2005 1349 06-20-2006 1243
     B18   RELEASE     RELEASED FROM IN-TRANSIT FACL  11-30-2005 1449 11-30-2005 1449
     B18   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 11-30-2005 0744 11-30-2005 1449
     OKL   HLD REMOVE  HOLDOVER REMOVED               11-30-2005 0644 11-30-2005 0644
     OKL   A-BOP HLD   HOLDOVER FOR INST TO INST TRF  11-14-2005 1710 11-30-2005 0644
     B15   RELEASE     RELEASED FROM IN-TRANSIT FACL  11-14-2005 1810 11-14-2005 1810
     B15   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 11-14-2005 0445 11-14-2005 1810
     FAI   TRANSFER    TRANSFER                       11-14-2005 0445 11-14-2005 0445
     FAI   A-DES       DESIGNATED, AT ASSIGNED FACIL  03-21-2005 1949 11-14-2005 0445
     2-D   RELEASE     RELEASED FROM IN-TRANSIT FACL  03-21-2005 1949 03-21-2005 1949
     2-D   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 03-11-2005 0903 03-21-2005 1949
     CRL   ADMIN REL   ADMINISTRATIVE RELEASE         03-11-2005 0903 03-11-2005 0903
     CRL   A-ADMIN     ADMINISTRATIVE ADMISSION       03-11-2005 0857 03-11-2005 0903




G0002      MORE PAGES TO FOLLOW . . .
```



```
BOPOI               *        PUBLIC INFORMATION      *    07-10-2006
PAGE 002            *            INMATE DATA         *    12:53:03
                              AS OF 07-10-2006

REGNO..: 38880-083  NAME: HARRIS, SETH H

                    RESP OF: LVN / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 913-682-8700    FAX: 913-578-1010
PRE-RELEASE PREPARATION DATE: 02-06-2007

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  05-11-2007 VIA GCT REL

-----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------
COURT OF JURISDICTION...........: VIRGINIA, EASTERN DISTRICT
DOCKET NUMBER...................: 3:04CR00334-001
JUDGE...........................: PAYNE
DATE SENTENCED/PROBATION IMPOSED: 02-18-2005
DATE COMMITTED..................: 03-21-2005
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS   MISDMNR ASSESS    FINES          COSTS
NON-COMMITTED.:  $200.00         $00.00            $00.00         $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO        AMOUNT:  $00.00

-------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  405
OFF/CHG: 21:856 MAINTAINING DRUG-INVOLVED PREMISES (FELONY)
         18:922(G)(1) POSSESSION OF A FIREARM BY A CONVICTED FELON

SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:     57 MONTHS
TERM OF SUPERVISION.............:      3 YEARS
NEW SENTENCE IMPOSED............:     36 MONTHS
BASIS FOR CHANGE................: COURT ORDER MODIFYING SENTENCE
DATE OF OFFENSE.................: 09-30-2004




G0002       MORE PAGES TO FOLLOW . . .
```

```
BOPOI               *       PUBLIC INFORMATION         *      07-10-2006
PAGE 003 OF 003     *            INMATE DATA           *      12:53:03
                             AS OF 07-10-2006

REGNO..: 38880-083  NAME: HARRIS, SETH H

                    RESP OF: LVN / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 913-682-8700    FAX: 913-578-1010
-------------------------CURRENT COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 03-30-2006 AT LVN AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 02-18-2005
TOTAL TERM IN EFFECT............:    36 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     3 YEARS
EARLIEST DATE OF OFFENSE........: 09-30-2004

JAIL CREDIT.....................:       FROM DATE    THRU DATE
                                         09-30-2004   02-17-2005

TOTAL PRIOR CREDIT TIME.........: 141
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 141
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 05-11-2007
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 09-29-2007


PROJECTED SATISFACTION DATE.....: 05-11-2007
PROJECTED SATISFACTION METHOD...: GCT REL







S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```