UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SETH HARRIS, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-0998 (PLF) |
| | ) |
| JONATHAN C. MINER, et al., | ) |
| | ) |
| Defendants. | ) |

ORDER

This matter is before the Court on defendants' motion to dismiss or to transfer venue. Plaintiff is proceeding pro se.

In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a pro se party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509. In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is hereby

ORDERED that plaintiff shall respond to defendants' motion to dismiss or to transfer no later than October 3, 2006. If plaintiff does not respond by that date, the Court

will treat the motion as conceded and may either dismiss the case or transfer it to the United States District Court for the District of Kansas.

    SO ORDERED.

                                                               _____/s/_____
                                                               PAUL L. FRIEDMAN
DATE: August 29, 2006                            United States District Judge