RECEIVED

SEP 1 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURT HOUSE
333 CONSTITUTION AVENUE N.W.
WASHINGTON DC. 20001

MR. SETH H. HARRIS SR. #38880-083
U.S. PENITENTIARY LEAVENWORTH
P.O.B. 1000
LEAVENWORTH, KANSAS, 66048

SEPT 5, 2006

To whom IT MAY CONCERN:

        IN RESPONSE to the motion IN CIVIL CASE # 06-0998 (PLF) from the DEFENDANT JONATHAN MINER to have the case dismissed or TRANSFER VENUE, I MR. SETH H. HARRIS SR. #38880-083 AM Responding to SAID Action AND Requesting for change of VENUE IN pursuant to 28 U.S.C. §§ 1404(A) AND 1406, to transfer venue to the District of KANSAS, the judicial district where I'M presently INCARCERATED, AND NOT to HAVE SAID CASE DISMISSED.

        THANK you for your prompt Attention into this CASE # 06-0998 (PLF) AND PLEASE forgive ME MR. SETH H HARRIS SR #38880-083, for taking up the courts time, for presenting SAID CASE in the WRONG VENUE, Also I'M presently HOUSED in the Special Housing UNIT (SHU)

THANK YOU

MR Seth H Harris SR.
#38880-083