UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
SETH HARRIS, SR.,                   )
                                    )
       Plaintiff,                  )
                                    )
       v.                          )  Civil Action No. 06-0998 (PLF)
                                    )
JONATHAN C. MINER, et al.,          )
                                    )
       Defendants.                 )
_____ )

## TRANSFER ORDER

In response to defendants' motion to dismiss or to transfer venue, plaintiff consents to transferring the case. Accordingly, it is hereby

ORDERED that defendants' motion to transfer [Dkt. No.10] is GRANTED as conceded; and it is

FURTHER ORDERED that the case is TRANSFERRED FORTHWITH to the United States District Court for the District of Kansas.

SO ORDERED.

DATE: September 25, 2006

/s/_____
PAUL L. FRIEDMAN
United States District Judge